WOODHALL LUMBER CO., Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. May 7, 1902.) Action by the Woodhall Lumber Company against the state of New York.

PER CURIAM. Judgment unanimously affirmed, with costs, on opinion in Denton v. State (decided this term) 76 N. Y. Supp. 167.

FURSMAN, J., concurs in result.

COOLMAN, Appellant, v. WHITESTOWN WATERWORKS CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March Term, 1902.) Action by Charles Coolman against the Whitestown Waterworks Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

CUDLIP v. NEW YORK EVENING JOURNAL PUB. CO. (Supreme Court, Appellate Division, Third Department. March Term, 1902.) Action by Ellen B. Cudlip against the New York Evening Journal Publishing Company. No opinion. Motion for reargument denied, with $10 costs.

LEMON, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March Term, 1902.) Action by J. Samuel Lemon, as administrator, etc., of Hope A. Lemon, deceased, against Maxwell Smith, as administrator, etc., of Adon Smith, Jr., deceased, and others.

PER CURIAM. Judgment affirmed, with costs. Order to be entered as of January 8, 1902.

SMITH, J., dissents.

SHIPMAN v. NILES. (Supreme Court, Appellate Division, Third Department. March Term, 1902.) Action by William Shipman, as trustee, etc., against Nathaniel Niles. No opinion. Case sent back for decision.

SMITH v. SMITH et al. (Supreme Court, Appellate Division, Third Department. March 21, 1902.) Action by Esther S. Smith, administratrix, etc., against Maxwell Smith, administrator, etc., and others.

PER CURIAM. Judgment affirmed, with costs, on grounds stated in opinion in Lemon v. Smith (decided at this term) ubi supra. Order to be entered as of January 8, 1902.

SMITH, J., dissents.

END OF CASES IN VOL. 76.

*